## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## SAN ANGELO DIVISION

| | |
|---|---|
| KATHY MCKEE  *Plaintiff*, | § § § |
| v. | § CIVIL ACTION NO. 6:22-cv-0051 § |
| AMERICAN ECONOMY INSURANCE COMPANY  *Defendant*. | § § § § |

### NOTICE OF REMOVAL OF ACTION
### UNDER 28 U.S.C. §§ 1332 and 1441(b) (DIVERSITY)

TO THE HONORABLE JUDGE:

Defendant American Economy Insurance Company ("American Economy"), hereby petitions this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 for removal, on the basis of diversity jurisdiction, to the United States District Court for the Northern District of Texas, San Angelo Division, of the action styled *Kathy McKee v. American Economy Insurance Company;* Cause No. 22-07-7363, currently pending in the 35th Judicial District Court of Mills County, Texas (the "State Court Case"), and in support thereof would respectfully show this Court as follows:

### I.
### FACTS

1. Plaintiff filed suit in the State Court Case on July 13, 2022, as the result of a dispute regarding a claim made under her homeowner's insurance policy. Plaintiff alleges that American Economy "breached the terms of the contract by wrongfully denying and/or underpaying the claim" which caused Plaintiff damages. Plaintiff's Original Petition (the "Petition") at ¶ 14. Defendant American was served with the Petition and citation on September 12, 2022. American timely filed its Original Answer on October 3, 2022 and generally denied

that Plaintiff is entitled to any insurance benefits. A true and correct copy of all pleadings, process, orders and correspondence served in this action is attached hereto as Exhibit "A" and incorporated herein by reference.

2. Plaintiff alleges that American Economy breached the insurance contract, violated various provisions of the Texas Insurance Code, and breached the duty of good faith and fair dealing. Petition, at pp. 3-5. Plaintiff further claimed that American Economy's conduct was committed knowingly and intentionally and is additionally liable for exemplary and/or treble damages under Texas Insurance Code 541.152 (a) –(b). Petition, at 4.

3. In accordance with standard Texas practice, Plaintiff's Petition fails to specifically state the total amount of damages sought in this action, only generally alleging damages of "$250,000 or less" Petition, at ¶ 4. In addition to seeking these actual economic damages, Plaintiff pled that American Economy's acts and conduct were committed knowingly and intentionally and that Plaintiff is entitled to exemplary and/or treble damages The insurance policy at issue contains the following limits: Dwelling $227,400 and Other Structures $27,740. In Plaintiff's required pre-suit notice under Section 542A of the Texas Insurance Code she asserted $32,000 in only actual damages, and qualified that additional amounts may be owed for such items as cosmetic damage, matching issues, business interruption, additional living expenses, increased cost of reconstruction, code compliance, debris removal, etc. Moreover, Plaintiff's pled extra-contractual claims for penalties and damages would cause the amount of damages awarded by a jury to "increase dramatically" from the actual claimed repair costs. These additional claimed damages are properly included in the amount in controversy. *St. Paul Reinsurance Co., Ltd. v. Greenberg*, 134 F.3d 1250, 1255 (5th Cir. 1998). Plaintiff's Petition makes clear that in addition to her contractual damages, Plaintiff seeks three time her actual

damages for alleged violations Insurance Code and statutory penalty interest damages allowed by law pursuant to the Texas Insurance Code. Accordingly, Plaintiff seeks damages in excess of $75,000.00 exclusive of interest and costs.

4. Complete diversity exists between the Plaintiff and Defendant American Economy now as well as on the date of filing of the State Court Case. Plaintiff is a citizen and resident of the State of Texas. Petition at ¶ 1. Defendant American Economy is an insurance company incorporated in Indiana with its principal place of business in Massachusetts. American Economy is a citizen of the Commonwealth of Massachusetts and not the State of Texas.

5. Plaintiff did not make a jury demand in the State Court case.

6. This is a civil action which may be removed to this Court by Defendant American Economy pursuant to the provisions of 28 U.S.C. §§ 1441(a) and 1332(a) in that it is between citizens of different states; it is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, exclusive of interests and costs; and American Economy is not a citizen of the State of Texas.

## II.
## PROCEDURAL REQUIREMENTS

. 7. Pursuant to 28 U.S.C. § 1446(d), written notice of filing of this Notice will be given to all adverse parties promptly after the filing of this Notice.

8 Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice will be filed with the District Clerk of Mills County, Texas promptly after the filing of this Notice.

9. Attached hereto and incorporated herein, are the following items:

        Exhibit A:   A true and correct copy of all pleadings, process, and orders served in this action.

        Exhibit B:   State Court docket sheet.

Exhibit C: List of all counsel of record.

Exhibit D: Index of all documents filed with the Court.

WHEREFORE, PREMISES CONSIDERED, Defendant American Economy Insurance Company request that this action be removed from the 35th Judicial District Court of Mills County, Texas to the United States District Court for the Northern District of Texas, San Angelo Division, and that this Court enter such further orders as may be necessary and appropriate.

Respectfully submitted,

**HANNA & PLAUT, L.L.P.**
211 East Seventh Street, Suite 600
Austin, Texas 78701
Telephone:   (512) 472-7700
Facsimile:    (512) 472-0205

By:  __/s/ Catherine L. Hanna_____
Catherine L. Hanna
State Bar No. 08918280
channa@hannaplaut.com
Tara D. Mireur
State Bar No. 24001959
tmireur@hannaplaut.com

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 11th day of October 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Maria Gerguis
mgerguis@dalyblack.com
Richard D. Daly
rdaly@dalyblack.com
**Daly & Black, P.C.**
2211 Norfolk Street, Suite 800
Houston, Texas 77098
*Attorneys for Plaintiff*
*Kathy McKee*


              */s/ Catherine L. Hanna*
              Catherine L. Hanna